DEFENDANT: **SIERRA SOPHIA SCHOONARD**     Page 1 of 3
CASE NUMBER: **1:21MJ00068-001**

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | FIRST AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **SIERRA SOPHIA SCHOONARD** | Criminal Number: **1:21MJ00068-001** |
| Date of Original Judgment: September 15, 2022 (Or Date of Last Amended Judgment) | Defendant's Attorney: Alec Rose, Retained |

**THE DEFENDANT:**

[✓] admitted guilt to violation of charge(s) __1__ as alleged in the violation petition filed on __8/31/2022__.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 1 | Failure to Make Monthly Payments Towards Financial Obligation. | |

The court:   [ ] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on __9/16/2021__.

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.
[X] Appeal Rights Given.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/15/2022
Date of Imposition of Sentence

*/s/ Stanley A. Boone*
Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
9/29/2022
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **SIERRA SOPHIA SCHOONARD**  Page 2 of 3
CASE NUMBER: **1:21MJ00068-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of:
<u>Extended to 6/30/2023</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant is ordered to personally appear for a Probation Review Hearing on 4/20/2023 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone.

   A status report regarding the Defendant's performance on probation shall be filed by the defendant, 14 days prior to the Probation Review.
5. Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation. defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.
6. The defendant shall complete 30 hours of community service. The defendant shall perform and complete the community service hours by _12/31/2022, at an authorized non-profit organization.
7. Other: All other conditions of probation previously imposed by the court in the judgement dated 9/17/2021 ,shall remain in full, force and effect.