**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:21-mj-00068-SAB |
| | ) |
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| | ) |
| SIERRA SCHOONARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**       36 C.F.R § 4.23 (a)(2)

**Sentence Date:**       September 17, 2021

**Review Hearing Date:** April 20, 2023

**Probation Expires On:** June 30, 2023

*__CONDITIONS OF UNSUPERVISED PROBATION:__*

☒     **Obey all federal, state and local laws**; and

☐     **Monetary Fines & Penalties in Total Amount of:** $        which Total Amount is made up of a Fine: $        Special Assessment: $      Processing Fee: $ Choose an item. Restitution: $

☐     Payment schedule of $        per month by the        of each month.

☒     **Community Service hours Imposed of:** 30 Hours

☐     **Other Conditions:**

*__COMPLIANCE:__*

☒     Defendant has complied with and completed __all__ conditions of probation described above.

       **Otherwise:**

☒     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

              If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
       ☐ If not paid in full when was last time payment:        Date: Click here to enter a date.
                                          Amount:

☐     To date, Defendant has performed Click here to enter text.  hours of community service.

☐     Compliance with Other Conditions of Probation:

***GOVERNMENT POSITION:***

☒      The Government agrees to the above-described compliance.

☐      The Government disagrees with the following area(s) of compliance:

Government Attorney: _/s/ Jeffrey A. Spivak 4/5/2023_

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒      that the review hearing set for 4/20/2023 at 10:00 AM Choose an item.

      ☐      be continued to Click here to enter a date. at 10:00 a.m.; or

      ☒      be vacated.

☒      that Defendant's appearance for the review hearing be waived.

DATED: 4/3/2023

                                        DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

X      GRANTED.  The Court orders that the hearing be vacated.

☐      DENIED.

Dated: **Apr 5, 2023**

                       STANLEY A. BOONE
                       U.S. Magistrate Judge